**Order entered August 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00370-CV

### GENA MARCELLA MERCADANTE, ET AL., Appellants

### V.

### ZLH LC, INC. F/K/A ZALE LIPSHY UNIVERSITY HOSPITAL, INC., Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-15882**

## ORDER

Before the Court is appellants' August 8, 2014 third motion for an extension of time to file a brief and appellee's response in opposition. In this Court's order dated July 9, 2014, we granted appellants' second extension request but cautioned them that no further extension of time would be granted absent extraordinary circumstances. Appellants again seek an extension based on a medical condition. We **DENY** appellants' motion.

On the Court's own motion, we **ORDER** appellants to file their brief **ON OR BEFORE SEPTEMBER 2, 2014**. We caution appellants that if they fail to file their brief on or before **SEPTEMBER 2, 2014**, the Court may dismiss their appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1).

/s/      ADA BROWN
          JUSTICE